USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                              Plaintiff,

        -against-

TNNY HOTEL, LLC (d/b/a
"The Ned NoMad") et al,

                              Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**24-CV-6487 (JLR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 14). A telephone conference will be held on **Wednesday, March 26, 2025, at 11:30 a.m.** in advance of a settlement conference. Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

      SO ORDERED.

Dated: March 20, 2025
       New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge