# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Matthew C. Berger
direct dial: 212.589.4266
mberger@bakerlaw.com

April 10, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The request to adjourn the conference is GRANTED. The parties shall appear before the court **tomorrow, April 11, 2025, at 12:00 p.m.** Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing Phone Number: 1-646-453-4442 | Phone Conference ID: 115 562 27#
>
> Dated: April 10, 2025
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Re: *U.S. Equal Employment Opportunity Commission v. TNNY Hotel, LLC, et al.*
    Case No.: 1:24-cv-6487-JLR-KHP

Dear Judge Rochon:

I am counsel for TNNY Hotel, LLC, Ned NY 28th, LLC, Soho House & Co. Inc., and TNNY Restaurant, LLC in the above-referenced matter. Pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, I write to respectfully request an adjournment of the Video Conference regarding the parties' discovery dispute over the Charging Party's medical records, currently scheduled for April 14, 2025, at 10:00 a.m. I will be out of the office on a pre-planned trip and unable to attend the Conference on the scheduled date. I have conferred with Plaintiff's counsel, who consents to this adjournment request, and the parties are available on the following alternative dates if the Court can schedule the Conference at or after 10:00 a.m.:

- April 21 - any time except 4:30 p.m. - 5:30 p.m.;
- April 22 - any time except 3:00 p.m. - 4:00 p.m.;
- April 23 - any time except 4:00 p.m. - 5:00 p.m.; and
- April 25 - any time after 1:00 p.m.

Thank you for your attention to this matter.

Respectfully submitted,

By: */s/ Matthew C. Berger*
    Matthew C. Berger