UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,

     -against-

TNNY HOTEL, LLC (d/b/a "The Ned NoMad");
NED NY 28TH, LLC (d/b/a "The Ned NoMad");
SOHO HOUSE & CO INC.; and TNNY
RESTAURANT, LLC (d/b/a "Cecconi's"),

               Defendants.
</td><td>
Case No. 1:24-cv-06487 (JLR)

**ORDER OF**
**ADMINISTRATIVE**
**CLOSURE**
</td></tr>
</table>

JENNIFER L. ROCHON, United States District Judge:

On May 20, 2025, the Court approved the parties' Consent Decree, *see* Dkt. 28, which resolves all claims asserted herein, *id.* ¶ 2, and shall remain in effect until May 20, 2027, *id.* ¶ 44. Pursuant to the Decree, "[t]he Court will retain jurisdiction over this action . . . as necessary to implement the relief provided herein," and "the matter may be administratively closed but will not be dismissed." *Id.* ¶ 48. Accordingly, it is hereby ORDERED that the above-entitled action be administratively CLOSED without prejudice.

Any pending motions are moot. All conferences are cancelled. The Clerk of Court is respectfully directed to mark this case as administratively closed.

Dated: May 21, 2025
       New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge